JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| G & G Closed Circuit Events, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>Jerry A. Aschoff, et al,<br><br>Defendants. | CASE NO. 8:20-cv-02107-WDK-JC<br><br>ORDER GRANTING STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS JERRY A. ASCHOFF, EDUARDO PEREZ, RYAN C. SHUCK and THE REPUBLIC OF FOOD & ART, LLC |

**IT IS HEREBY STIPULATED** by and between Plaintiff G & G CLOSED CIRCUIT EVENTS, LLC and Defendants JERRY A. ASCHOFF, EDUARDO PEREZ, RYAN C. SHUCK and THE REPUBLIC OF FOOD & ART, LLC, that the above-entitled action is hereby dismissed **with prejudice** against JERRY A. ASCHOFF, EDUARDO PEREZ, RYAN C. SHUCK and THE REPUBLIC OF FOOD & ART, LLC.

ORDER GRANTING
STIPULATION OF DISMISSAL
Case No. 8:20-cv-02107-WDK-JC
PAGE 1

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1).

Each Party referenced-above shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED**:

_[signature]_                                    Dated: 10-18-21

**The Honorable William D. Keller**
**United States District Court**
**Central District of California**

ORDER GRANTING
STIPULATION OF DISMISSAL
Case No. 8:20-cv-02107-WDK-JC
PAGE 2